AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Anthony Lamar Wright, aka Anthony L. Wright<br>*Plaintiff*<br>v.<br>Dr. Darby, Dr. Randolph, Dr. Grant, Sheriff Strickland, et al<br>*Defendant* | )<br>)<br>) Civil Action No.    4:16-cv-218-TLW<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is closed pursuant to Federal Rule of Civil Procedure 41(b).

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, United States Chief District Judge. The court adopts the Report and Recommendations of Thomas E. Rogers, III, United States Magistrate Judge.

Date:   January 20, 2017                                              *CLERK OF COURT*

                                                                                                          s/Debbie Stokes
                                                                                            _____
                                                                                                *Signature of Clerk or Deputy Clerk*